ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Lewis Limited, LLC | )   ASBCA No. 60609 |
| | ) |
| Under Contract No. FA3300-09-C-0044 | ) |

APPEARANCE FOR THE APPELLANT:   Samuel Bailey, Jr., Esq.
　　　　　　　　　　　　　　　　Samuel Bailey & Associates, LLC
　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Jeffrey P. Hildebrant, Esq.
　　　　　　　　　　　　　　　　　　Air Force Deputy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　Anna F. Kurtz, Esq.
　　　　　　　　　　　　　　　　　　Trial Attorney

## ORDER OF DISMISSAL

Both parties have filed and stipulated a motion to dismiss this appeal with prejudice executed by counsel for both parties. Accordingly, this appeal is dismissed with prejudice.

Dated: 26 January 2017

_____
ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60609, Appeal of Lewis Limited, LLC, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals